UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUSINESS DEVELOPMENT NETWORK, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SUPERVALU PHARMACIES, INC, a wholly owned subsidiary of SuperValu, Inc.,<br><br>　　　　　Defendant. | Case No. 09cv1223-JM (BLM)<br><br>**ORDER VACATING INITIAL DISCLOSURE DEADLINE AND CONVERTING EARLY NEUTRAL EVALUATION CONFERENCE TO TELEPHONIC EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>[Doc. No. 8] |

On June 26, 2009, the parties submitted a joint motion to continue the Early Neutral Evaluation Conference ("ENE") scheduled for July 13, 2009 at 1:30 p.m. and adjust all of the corresponding obligations and deadlines accordingly. Doc. No. 8. The parties represent that they are engaged in informal settlement discussions and that the advancing date of the ENE will force the parties "to divert effort and resources from these settlement meetings, thus frustrating the actual purpose of the ENE." Id. Based on these representations and good cause appearing, the Court **VACATES** the initial disclosure deadline and **CONVERTS** the ENE to a telephonic, attorneys-only ENE. The conference will be held on **July**

1 | **13, 2009** at **1:30 p.m.**[1]   The Court will initiate the call.

2 |     **IT IS SO ORDERED.**

4 | DATED:   June 30, 2009

                                        *Barbara L. Major*

                                BARBARA L. MAJOR
                                United States Magistrate Judge

---

[1] The parties need not submit confidential statements.