# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUSINESS DEVELOPMENT NETWORK, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SUPERVALU PHARMACIES, INC, a wholly owned subsidiary of SuperValu, Inc., <br><br> Defendant. | CASE NO. 09 CV 1223 JM (BLM) <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS** <br><br> Doc. No. 18 |

Pending before the court is a joint motion to dismiss the action. Having reviewed the motion, and finding good cause, the court hereby GRANTS the motion to dismiss with prejudice. The Clerk of the Court is directed to close the file.

**IT IS SO ORDERED.**

DATED: October 29, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge